# EXHIBIT A

# BIOGRAPHICAL AND PROFESSIONAL INFORMATION

Counsel for Plaintiff John T. Galloway have substantial complex and class action litigation experience. The following individual biographies and representative cases listings establish that counsel for the named Plaintiff will ably represent the Class.

# Brian J. Christensen, Esq.

## PRACTICE OVERVIEW

Mr. Christensen has tried numerous lawsuits to verdict from coast to coast. Mr. Christensen has been involved in a large variety of commercial cases including multi-district class actions and large disputes in some of the most challenging jurisdictions around the country. His litigation expertise ranges from obtaining restraining orders in trade secrets and non-competition cases to state and federal regulatory investigations and actions. His cases have involved issues such as breach of fiduciary duty, consumer fraud, predatory lending, breach of contract, truth in lending and misrepresentation, among others.

## PROFESSIONAL BACKGROUND

Mr. Christensen graduated from law school in and was admitted to the Kansas Bar in 1994. Since then, he has been admitted to the state bars of Missouri (2002) and Washington (2010). He also has been admitted to practice before the Court of Appeals for the Armed Forces (1995). Prior to joining private practice, Mr. Christensen practiced with the United States Navy Judge Advocate General's Corps where he served as a legal advisor to an overseas base commander and where he also tried numerous cases. He has served as the Vice President for Litigation, Records Management and Legal Systems for a Fortune 500 diversified financial services company. He is a frequent author and lecturer on topics related to complex litigation, employment law, managing litigation and electronic discovery.

## REPRESENTATIVE CASES

In his role as outside counsel and as lead in-house counsel Mr. Christensen has been involved in numerous class actions including:

• *Jones et al. v. Dickinson Theatres, Inc. et al.* (U.S. District Court-Kansas, 2:11-cv-02472-JTM –KGG; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

• *Batchelder, et al. v. Palmer's Holdings and Investments, Inc. d/b/a Palmer's Deli & Market* (U.S. District Court-Southern District of Iowa, 4:11-CV-00259; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

• *Brady Keith, et al. v. Back Yard Burgers of Nebraska, Inc., et al.* (U.S. District Court-Nebraska, 8:11-cv-00135; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

- *Donald Gerhard, et al v. TKGSM-KC-IL, LLC* (StorageMart) (U.S. District Court-Western District of Missouri, 4:09-cv-00148-DW; 2009). Defense counsel in defending nationwide wage and hour collective action.

- *Grabner et al. v. H&R Block Enterprises, Inc. et al.* (United States District Court for the Western District of Missouri, Case No. 07-0437-CV-W-ODS; 2007). Defense counsel in FACTA class action lawsuit.

- *Wilson et al. v. H&R Block Enterprises, Inc. et al.* (United States District Court for the Western District of Missouri, Case No. 07-0599-CV-W-ODS; 2007). Defense counsel in FACTA class action lawsuit.

- *Carnegie, et al. v. Beneficial National Bank, et al.* (United States District Court for the Northern District of Illinois, Case No. 98 C 2178; 1998.) Defense counsel in class action alleging violations of RICO and consumer protection statutes among other allegations.

- *Becker v. H&R Block, Inc.* (Removed to the United States District Court for the Northern District of Ohio from Summit County Ohio, Case No. 5:04-cv-01074-CAB; 2004). Defense counsel in class action alleging violation of consumer protection laws.

- *Green v. H&R Block, Inc. et al.* (Circuit Court of Baltimore City, Maryland, Case No. 97195023; 1997.) Defense counsel in class action alleging violations of state consumer protection laws.

- *Deadre D. Cummins et al. v. H&R Block, Inc. et al.* (Circuit Court of Kanawha Count, West Virginia, Case No. 03-C-134; 2003.) Defense counsel in class action alleging violations of state consumer protection laws as well as loan broker statute.

- *Marshall v. H&R Block, Inc.* (Circuit Court for the Third Judicial Circuit, Madison County, Illinois, Case No. 02-L-04; 2002.) Defense counsel in class action alleging violation of state insurance and consumer protection statutes.

- *Mitchell v. H&R Block, Inc. et al.* (Circuit Court of Mobile City, Alabama, Case No. CV-95-2067; 1995). Defense counsel in class action alleging violations of state consumer protection laws.

# Bryant T. Lamer, Esq.

*PRACTICE OVERVIEW*

Mr. Lamer is a partner with Spencer Fane Britt & Browne LLP's Litigation & Dispute Resolution Group. Mr. Lamer has served as lead counsel or a trial team member on business litigation matters, consumer class actions, international disputes, and white collar criminal defense. Bryant's practice is concentrated on commercial litigation, with a particular emphasis

on consumer fraud claims, including the representation of individual actions and class actions brought under federal and state laws, and unfair business practices statutes.

## PROFESSIONAL BACKGROUND

Mr. Lamer is admitted to practice in Illinois, Missouri, and Kansas. Mr. Lamer is also admitted to practice before the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Western District of Missouri, and the United States District Court for the District of Kansas. In 2001, the Federal Trial Bar of the Northern District of Illinois accepted Mr. Lamer as a member.

## REPRESENTATIVE CASES

Mr. Lamer has been involved in numerous class actions including:

• *Jones et al. v. Dickinson Theatres, Inc. et al.* (U.S. District Court-Kansas, 2:11-cv-02472-JTM-KGG; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

• *Batchelder, et al. v. Palmer's Holdings and Investments, Inc. d/b/a Palmer's Deli & Market* (U.S. District Court-Southern District of Iowa, 4:11-CV-00259; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

• *Brady Keith, et al. vs. Back Yard Burgers of Nebraska, Inc., et al.* (U.S. District Court-Nebraska, 8:11-cv-00135; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

• *Randall Curtis and Tina Beasley v. William Clark, et al.* (U.S. District Court-Western District of Arkansas, 5:06-BK-71391, 2006). Defendant's counsel in class action regarding mortgage interest charge settlement payments.

• *Gregory Joseph Perry v. Babin et al.* (U.S. District Court-Western District of Arkansas, 5:04-BK-70461, 2004). Defendant's counsel in class action regarding mortgage interest charge settlement payments.

• *Ann Muniz v. Rexnord Corp., et al.* (U.S. District Court-Northern District of Illinois, 04-C-2405, 2004). Defendant's counsel in class action alleging property contamination.

• *Mejdrech v. Met-Coil* (United States District Court-Northern District of Illinois, 01-C-6107, 2001). Defendant's counsel in class action alleging property contamination.

• *Teresa LeClerq v. The Lockformer Company* (United States District Court-Northern District of Illinois, 00-C-7164, 2000). Defendant's counsel in class action alleging property contamination.

# Lindsay Todd Perkins, Esq.

*PRACTICE OVERVIEW*

Ms. Perkins is an associate at Spencer Fane and practices commercial litigation. Her litigation experience includes obtaining restraining orders in trade secrets and non-competition cases and litigating claims including breach of contract, employment discrimination and wrongful discharge, products liability, and other torts.

*PROFESSIONAL BACKGROUND*

Ms. Perkins earned her Juris Doctor, *summa cum laude*, from the University of Missouri at Kansas City School of Law. She was the Editor-in-Chief of the *UMKC Law Review*, and was a member of the National Moot Court team. She is licensed to practice in Missouri and Kansas and has been admitted to practice before the Eighth Circuit Court of Appeals.

After law school Ms. Perkins served as a law clerk for the Honorable Duane Benton of the Eighth Circuit Court of Appeals and the Honorable Ortrie D. Smith, District Court Judge for the Western District of Missouri.

*REPRESENTATIVE CASES*

Ms. Perkins has been involved in several class actions including:

- *Shawn Wood, et al. v. Virtuoso Sourcing, LLC, et al.* (U.S. District Court-Kansas; 2:11-cv-02691, 2011). Local counsel in defending FDCPA class action lawsuit.

- *Jones et al. v. Dickinson Theatres, Inc. et al.* (U.S. District Court-Kansas, 2:11-cv-02472-JTM-KGG; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

- *Batchelder, et al. v. Palmer's Holdings and Investments, Inc. d/b/a Palmer's Deli & Market* (U.S. District Court-Southern District of Iowa, 4:11-CV-00259; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

- *Brady Keith, et al. vs. Back Yard Burgers of Nebraska, Inc., et al.* (U.S. District Court-Nebraska, 8:11-cv-00135; 2011). Plaintiffs' counsel in FACTA class action lawsuit.

- *Ramona Curnal, et al. vs. LVNV Funding LLC* (U.S. District Court-Kansas, 2:10-cv-02610; 2010). Defense counsel in FDCPA class action lawsuit.