# EXHIBIT C

| NAME | JURISDICTION | CLASS SIZE | CLASS PERIOD | CLASS RECOVERY | INCENTIVE AWARD | ATTORNEY'S FEES |
|---|---|---|---|---|---|---|
| Armes v. Knights Inn Racine (Hospitality) | USDC E.D. Wisconsin (2008) | Unk | Dec. 4, 2006 to June 27, 2007 | One voucher for free room per qualifying purchase | $2,000 | $123,000 |
| Bateman v. American Multi Cinema (Entertainment) | USDC C.D. Ca. (2007) | 282,314 | Dec. 4 to Jan. 29, 2007 | Four vouchers, each for free small popcorn | $7,500 | 1.75 MM |
| Reibenstein v. Rite Aid, Inc. and Asteres, Inc. (Retail) | USDC E.D. Pa. (2009) | 2,422 transactions | Jun 3, 2008 to June 18, 2009 | $20.00 gift card | $3,750 | $65,000 |
| Rose v. Diplomat Properties, LP (Food Service) | USDC SD Fl. (2007) | Unk | Jul 1, 2006 to Nov 1, 2007/Dec 4, 2006 to Nov 1, 2007 for certain other locations | $60,000 fund with cy pres plus injunctive relief | $4,000 | $135,000 |
| Smith v. Grayling Corp. (Food Service) | USDC E.D. Pa. (2007) | 450,000 | Dec. 4 2006 to May 18, 2007 | $7.00 voucher x 3 per class member for food | $3,000 | $130,000 |

| NAME | JURISDICTION | CLASS SIZE | CLASS PERIOD | CLASS RECOVERY | INCENTIVE AWARD | ATTORNEY'S FEES |
|---|---|---|---|---|---|---|
| Bell v. Alltel Comms., LLC (Telecomm) | USDC W.D. Pa. (2008) | Unk | Dec. 4, 2006 to Dec 10, 2007/Dec. 4, 2006 to mar 12, 2008 | 100 free minutes or $100 off telephone purchase | Unk | $180,000 |
| Yaakoby v. EagleRider, Inc. (Motorcycle rental/sales) | USDC N.D. Ill. (2009) | Unk | Dec. 4, 2006 to Sept. 17, 2009 | 1. 15% rental discount; 2. $100 used motorcycle purchase 3. EagleRider patch | $2,000 | $135,000 |
| Ehrheart v. Verizon Wireless (Telecomm) | USDC W.D. Pa. (2008) | Unk | Dec. 4, 1006 to April 21, 2008 | $7 voucher | $2,500/$5,000 | $207,500 |
| Stillmock v. Weis Markets, Inc. | USDC Md. (2007) | Unk | Dec. 4, 2006 to June 7, 2007 | $7.50 voucher capped at $2M | $2,500 | $495,000 + $14,000 in costs |
| Dudzienski v. Olive GMRI, Inc. (Olive Garden) (Food Service) | USDC N.D. Ill. (2007) | Unk | Dec. 4, 2006 to Aug. 10, 2007 | $9.00 voucher | $2,500 | $130,000 |

| NAME | JURISDICTION | CLASS SIZE | CLASS PERIOD | CLASS RECOVERY | INCENTIVE AWARD | ATTORNEY'S FEES |
|---|---|---|---|---|---|---|
| Masters v. Lowe's Home Centers, Inc. (Retail Merchandise) | USDC S.D. Ill. (2009) | Unk | Jan. 1, 2005 to Dec. 3, 2006/Dec. 4, 2006 to March 24, 2008 | $25/1 purchase $33/2 purchases $40/3 or more purchases | $2,500 | $1.724M |
| Seppanen v. Krist Oil Co. (Retail Fuel) | USDC W.D. Mi. (2009) | Unk | Dec. 1, 2006 to Nov. 30, 2009 | Pro rata distribution from $750,000 fund | $10,000 | $187,500 |
| Hanlon v. Aramark Sports, LLC (Retail Merchandise) | USDC W.D. Pa. (2010) | 4,773 | Mar. 24, 2009 to April 23, 2009 | (1) $50 off a purchase of an item with a price of $100 or more; or (2) a "classy" tee shirt with a suggested retail value of $20-40; or (3) a "hoodie" with a suggested retail value of $50-55 and 4,773 vouchers worth up to $55 each | $1,500 | $105,000 |
| O'Hara v. Medieval Times USA, Inc./Todd v. Medieval Times USA, Inc. (Food Service/ Entertainment) | USDC D.N.J. /USDC N.D. Ill. (2011) | Unk | Jun. 4, 2008 to Feb. 3, 2010 | Pro rata distribution from $525,000 fund followed by distribution of 25,000 tickets at $59.95 each | $2,500 | Lesser of 20% of the total value of the settlement and amount remaining in $525,000 fund after payments and administrative costs. |

| NAME | JURISDICTION | CLASS SIZE | CLASS PERIOD | CLASS RECOVERY | INCENTIVE AWARD | ATTORNEY'S FEES |
|---|---|---|---|---|---|---|
| Hanlon v. Palace Entertainment Holdings, LLC et al (Entertainment) | USDC W.D. Penn. (2012) | 1,844,066 transactions | Dec. 4, 2006 to Dec. 20, 2011 | Voucher worth $27.58 | $2,500 | $390,000 |