# EXHIBIT A

substantially the same form as **Exhibit A** and as described in Paragraph 10(a). Budget will distribute Certificates by mail no later than fifteen (15) days following the entry of the Preliminary Approval Order

(b) Full Legal Notice. The Full Legal Notice is a comprehensive explanation of the Action and the proposed Settlement available for Class Members at www.noticeclass.com/GallowaySettlement. Budget will post the Full Legal Notice no later than fifteen (15) days following the entry of the Preliminary Approval Order and it will remain posted for a period of sixty (60) days. The Full Legal Notice will be substantially similar to what appears at **Exhibit B** attached hereto.

13. Exclusion from Class. Class Members may elect not to be part of the Class and not to be bound by this Settlement Agreement provided that no later than seventy-five (75) days from the date of the Direct Mail Class Notice the person wishing to be excluded sends an email to Budget Counsel (directed to bgolden@gardere.com). The email shall give (1) the full name and address of the person wishing to be excluded from the class and (2) include in the subject line the word "Exclusion." Class Members properly opting out of the Class Settlement shall have no further role in the Action or the Class Settlement, and for all purposes, they shall be regarded as if they never were a party to the Action. They shall not be entitled to any benefit as a result of the Action or the Class Settlement including, without limitation, any tolling of the statute of limitations. Budget Counsel will file with the Court and serve on Class Counsel a list of the names of individuals who opted out of the Settlement Class no later than ten (10) days prior to the Settlement Fairness Hearing

14. Class Members' Expense. Class Members' who seek exclusion from the Class Settlement, object to the Class Settlement, or simply wish to participate in the Class Settlement may retain counsel at their own expense. Class Members who choose to retain their own counsel will be responsible for attorneys' fees or costs incurred as a result of this election.

15. Objections. Any Class Member who wishes to object to the Settlement must file a written objection with the Court thirty (30) days prior to the date of the Settlement Fairness

STIPULATION AND SETTLEMENT AGREEMENT PAGE 12

Case 4:11-cv-01020-DGK Document 47-1 Filed 01/18/13 Page 13 of 62
Case 4:11-cv-01020-DGK Document 78-1 Filed 02/06/14 Page 2 of 2