# EXHIBIT B

# Galloway v. The Kansas City Landsmen

Welcome to the website for the proposed class action settlement of the lawsuit *Galloway v. The Kansas City Landsmen, LLC., Case No. 11-CV-1020, pending in United States District Court for the Western District of Missouri.* Once the settlement is approved, this website will display the period of time in which class members may redeem their Certificates at participating Budget Rent-A-Car locations. Here are the links to the Full Legal Notice and the Stipulation and Settlement Agreement:

- Full Legal Notice

- Stipulation and Settlement Agreement

[Note: Some of these documents are in the .PDF format. To view the document(s) you will need the Adobe Acrobat Reader. Click on the icon below to download Acrobat Reader.]

