# EXHIBIT C

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

## www.classnotice.com/GallowaySettlement

*Records indicate that you used a credit or debit card at a Budget Rent-A-Car location between 12-4-2006 and 10-7-2011, and as a result you are a member of the class action lawsuit listed on the front of this card.*

The parties have reached a proposed settlement of the class action; **this settlement will affect your legal rights**. Further details about the lawsuit, the settlement, and your rights and options, are included in the Full Legal Notice, which is available at the website listed above. **DO NOT THROW AWAY THIS CARD**. If the court approves the settlement, you can redeem this card for a discount at participating Budget locations. Please visit the website above for up-to-date information regarding the status of settlement approval. Here is some, but not all, of the information you need to know.

Value of coupon: If the court approves this settlement, this card will automatically act as a coupon entitling you to **$10 off of any car rental or $30 off a car rental of more than $150**—you don't need to take any action other than saving this card. If you made multiple qualifying transactions, you will be able to use this card multiple times (once for each qualifying transaction).

Where to redeem: There are 25 participating Budget locations, and the coupon is only valid at these locations. Please visit the website above to view the list of participating locations.

Redemption Period: The coupon will be good for 180 days after the court approves the settlement. The parties expect that the redemption period will run from approximately **March 1, 2014 through August 28, 2014**. Please visit the website for updated information.

Objections to or Exclusion from Settlement: To object to or be excluded from the class, visit the website above for instructions. **Failure to object or seek exclusion timely and properly could affect your legal rights**.

This certificate is assignable and may be redeemed in conjunction with any other gift certificate, voucher, coupon, or other discount, but not redeemable for cash. Fractional use of this certificate is not permitted. Void where prohibited.

Case 4:11-cv-01020-DGK   Document 65-1   Filed 11/14/13   Page 2 of 2

Case 4:11-cv-01020-DGK   Document 78-3   Filed 02/06/14   Page 2 of 2