IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY

| | |
|---|---|
| JOHN T. GALLOWAY, individually, and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE KANSAS CITY LANDSMEN, LLC, A BETTERWAY RENT-A-CAR, INC., EASY CAR RENTAL COMPANY, ADAMSON CAR & TRUCK RENTAL, INC., A BETTERWAY LEASING, LLC, THE ST. GEORGE LANDSMEN, LLC, A BETTERWAY FUNDING, LLC, KANSAS CITY FUNDING, LLC, THE KANSAS LANDSMEN, LLC, MEMPHIS FUNDING, LLC, WICHITA FUNDING LLC, THE WICHITA LANDSMEN, LLC, THE UTAH LANDSMEN, LLC, MILLARD REAL ESTATE HOLDINGS, LLC, EASY CAR LEASING, LLC, THE MEMPHIS LANDSMEN, LLC, THE SALT LAKE CITY LANDSMEN, LLC, EASY CAR FUNDING, INC., GELDER-WILLETT, EASY CAR REALTY, AND DOUGLAS COUNTY REAL ESTATE, LLC, | ) ) ) ) ) ) ) CIVIL ACTION NO. 4:11-cv-01020 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND EXPENSES AND
CLASS REPRESENTATIVE INCENTIVE FEE**

Plaintiff John T. Galloway ("Plaintiff") hereby respectfully requests an Order from this Court approving his renewed request for attorneys' fees and costs and class representative incentive fee in the above-captioned action, for the reasons set forth more fully in the Suggestions in Support filed contemporaneously herewith.

1

OP 968644.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Joshua C. Dickinson
Joshua C. Dickinson    MO# 51446
Bryant T. Lamer    MO # 57355
1000 Walnut Street, Suite 1400
Kansas City, MO
64106-2140
T: (816) 474-8100
F: (816) 474-3216
jdickinson@spencerfane.com
blamer@spencerfane.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Joshua C. Dickinson
*Attorney for Plaintiff*