IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN T. GALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 11-01020-CV-W-DGK |
| | ) | |
| THE KANSAS CITY LANDSMEN, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for final approval of class action settlement is granted. Plaintiff's motion for approval of attorneys' fees and class representative incentive fees is granted in part.


 February 20, 2015           Ann Thompson
Dated                        Clerk of Court

 February 20, 2015           /s/ Alex Francis
Entered                      (by) Deputy Clerk